# LEON GREENBERG
Attorney at Law
2965 South Jones Boulevard • Suite E-3
Las Vegas, Nevada 89146
(702) 383-6085

Leon Greenberg
Member Nevada, California
New York, Pennsylvania and New Jersey Bars
Admitted to the United States District Court of Colorado

Dana Sniegocki
Member Nevada and California Bars

Fax: (702) 385-1827

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/11/2016

July 6, 2016

Honorable Kevin Thomas Duffy
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Fax - 212 805-6131

Re:   Hallissey v. America Online Inc.
      99 Civ. 3785 (KTD) (and four related cases)
      Multi-District Panel Case MDL-1443

02 MDL - 1443

Dear Judge Duffy:

I write about this matter in response to the phone message I received today from your courtroom deputy, Nicole Todd. I understand that the Court has received my letter of June 21, 2016 confirming the Court's May 25, 2010 settlement order fully concluded 99 Civ. 3785 and the other related cases on the Court's docket. I understand that the Court would benefit from written confirmation, which was not provided in my June 21, 2016 letter, that the Multi-District case, MDL-1443, has also been fully concluded as a result of the Court's May 25, 2010 Order.

Please be advised that MDL-1443 has been fully concluded by the May 25, 2010 Order as well. Accordingly, that case should be considered closed and concluded, for all purposes, along with the other related cases listed on the docket of the Southern District of New York.

Respectfully submitted,

Leon Greenberg

SO ORDERED

DATE: 07/08/2016    P. K. CASTEL  USDJ
New York